UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY McMULLEN,<br>    Plaintiff | : | |
| v. | : | CIVIL NO. 1:15-CV-2385 |
| JAMES MATTIS, SECRETARY OF DEFENSE,<br>    Defendant | : | |

*O R D E R*

AND NOW, this 8th day of September, 2017, upon consideration of Defendant's motion for summary judgment (Doc. 22), and in accord with the accompanying memorandum, it is ORDERED that:

(1) Defendant's motion for summary judgment is GRANTED.

(2) The Clerk of Court shall enter judgment against Plaintiff and in favor of Defendant on all claims in the Complaint.

(3) The Clerk of Court is directed to CLOSE this case.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge